IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ESTATE OF JERAD M. TRAYLOR, by LISA M. PARRISH, as Personal Representative of the Estate, and on Behalf of the Survivors,<br><br>Plaintiff,<br><br>v.<br><br>TAZEWELL COUNTY, TAZEWELL COUNTY SHERIFF JEFFREY LOWER, CORRECT CARE SOLUTIONS, LLC, JESSICA FLYNN, HANNAH WILLIAMSON, DR. FATOKI, CHRIS BARNHILL, SARA VONDERHEIDE and DAVID HARPER,<br><br>Defendants. | 18 CV 1309-JES-JEH |

## PLAINTIFF'S *UNOPPOSED* MOTION TO DISMISS DEFENDANTS JESSICA FLYNN, HANNAH WILLIAMSON, DR. FOTOKI

Plaintiff Estate of Jerad M. Traylor, through counsel, MEYER & KISS, LLC, respectfully moves this Honorable Court for entry of an order dismissing Defendants, Jessica Flynn, Hannah Williamson, Dr. Fotoki, from Plaintiff's Complaint. In support thereof, Plaintiff states as follows:

1.  This is a case arising from the death of Jerad M. Traylor on August 26, 2017, in the Tazewell County Jail.

2.  Plaintiff named Tazewell County, Tazewell County Sheriff (in his official capacity), Wellpath (FKA Correct Care Solutions, LLC), Jessica Flynn, Hannah Williamson, Dr. Fotoki, Chris Barnhill, Sara VonDerheide and David Harper as Defendants.

3.  Plaintiff is seeking leave to dismiss *instanter* all claims against Defendants Jessica Flynn, Hannah Williamson, Dr. Fotoki with prejudice.

4.  The remaining Defendant, at this time, will be Wellpath (FKA Correct Care Solutions, LLC).

5. The Plaintiff and Counsel for all Defendants conferred prior to filing this Motion and the relief sought herein is unopposed. Further, the granting this motion will not cause prejudice to any party.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her motion to dismiss with prejudice all claims against Defendants, Jessica Flynn, Hannah Williamson, Dr. Fotoki and terminate them as Defendants from this case.

                                       Respectfully submitted,

                                       */s/ Louis J. Meyer*
                                       *Counsel for the Plaintiff*

Louis J. Meyer
Meyer & Kiss, LLC
311 West Stratford Drive
Peoria, Illinois 61614
(309)713-3751
louismeyer@meyerkiss.com

**CERTIFICATE OF SERVICE**

      I, Louis J. Meyer, an attorney, hereby certify that on June 15, 2021, I caused the foregoing Motion to Dismiss Individual Defendants to be electronically filed with the Clerk of Court using the CM/ECF system, causing service upon all counsel of record.

*/s/ Louis J. Meyer*
Louis J. Meyer
Meyer & Kiss, LLC
311 West Stratford Drive
Peoria, Illinois 61614
(309)713-3751
louismeyer@meyerkiss.com
*Counsel for the Plaintiff*