046208/20908/MHW/REN/SLB/BJC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESTATE OF JERAD M. TRAYLOR, by LISA M. PARRISH, as Personal Representative of the Estate, and on behalf of the Survivors,<br><br>Plaintiff,<br><br>v.<br><br>CORRECT CARE SOLUTIONS, LLC,<br><br>Defendant. | Case Number  18 cv 1309<br><br>Hon. James E. Shadid, Chief Judge<br><br>Hon. Jonathan E. Hawley, Magistrate Judge |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, ESTATE OF JERAD M. TRAYLOR, by LISA M. PARRISH, as Personal Representative of the Estate, and on behalf of the Survivors, and Defendant, CORRECT CARE SOLUTIONS, LLC (Wellpath LLC), hereby stipulate to the dismissal of the Plaintiff's claims in their entirety, against CORRECT CARE SOLUTIONS, LLC, with prejudice, with each side to bear its own costs.

Dated:  July 12, 2021

Respectfully submitted,

*/s/Louis Meyer*
*With Consent*

MEYER KISS LLC
*Counsel for Plaintiff,* ESTATE OF JERAD M. TRAYLOR, by LISA M. PARRISH, as Personal Representative of the Estate, and on behalf of the Survivors


/s/ *Ronald E. Neroda*
Ronald E. Neroda

CASSIDAY SCHADE LLP
*Counsel for Defendant,* CORRECT CARE SOLUTIONS, LLC
Ronald E. Neroda | 6297286
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 (Fax)
rneroda@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I electronically filed the foregoing document with the clerk of the court for the Central District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Ronald E. Neroda

9864892